PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number:  1:07CR0214 LJO** |
| ) | |
| **JOSE JESUS GAYTON** ) | |

On June 5, 2006, the above-named was placed on Supervised Release for a period of 3 years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Marlene K. DeOrian

**MARLENE K. DEORIAN
Senior United States Probation Officer**

Dated:      January 6, 2009
            Fresno, California
            MKD

**REVIEWED BY:**     /s/ Hubert J. Alvarez
            **HUBERT J. ALVAREZ
            Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

Re:    **GAYTON, Jose Jesus**
**Docket Number:   1:07CR0214 LJO**
**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

mkd
Attachment:   Recommendation
cc:    United States Attorney's Office
       FLU Unit, AUSA's Office
       Fiscal Clerk, Clerk's Office

IT IS SO ORDERED.

**Dated:   January 27, 2009**              /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG